Case 5:25-cv-00252   Document 18   Filed 01/26/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
January 26, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| MARVIN DERAS GALDAMEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:25-CV-252 |
| | § | |
| KRISTI NOEM, ET AL., | § | |
| | § | |
| Respondents. | § | |

## ORDER

Before the Court is Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, (Dkt. No. 1), and Respondents' Motion to Dismiss Petition for Writ of Habeas Corpus, (Dkt. No. 11). On January 24, 2026, Respondents filed an advisory providing notice that DHS intends to transfer or remove Petitioner outside the Southern District of Texas. The Court **ORDERS** the parties to submit the following supplemental briefing:

1. Respondents should state when Respondents plan to transfer or remove Petitioner from the Southern District of Texas and to where they intend to transfer or remove him;

2. Both parties should provide details regarding Petitioner's Order of Supervision, including the date it was issued, the statutory or regulatory authority it was authorized under, and notice, if any, provided to Petitioner of revocation of release; and

3. Both parties should state and explain their position on whether Petitioner's removal period has ended, and if so, whether it ended before or after he was detained on August 12, 2025.

Accordingly, the parties are **ORDERED** to file supplemental briefing addressing these issues by **January 28, 2026, at 12:00 p.m.**

It is so **ORDERED**.

**SIGNED** on January 26, 2026.

_____
John A. Kazen
United States District Judge